

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00675-CV

**IN RE** Sarah Friend **NEUTZE**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Irene Rios, Justice

Delivered and Filed: October 16, 2019

PETITION FOR WRIT OF MANDAMUS DENIED

On October 3, 2019, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2016 CV2 002017, styled *In re: Farmers Insurance Company Wind Hail Storm Litigation 2*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Elma T. Salinas Ender presiding.